**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WALGREEN CO.,<br><br>Plaintiff,<br><br>v.<br><br>COLLEGIUM PHARMACEUTICAL, INC.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>INMAR RX SOLUTIONS, INC.,<br><br>Third-Party Defendant. | Civil Action No. 1:26-cv-11242-BEM |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for Third-Party Defendant Inmar Rx Solutions, Inc. in the above-captioned matter.

Dated: October 9, 2026

By: /s/ Daniel J. Cloherty
Daniel J. Cloherty (BBO #565772)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, Massachusetts 02111
Tel: (617) 481-0160
dcloherty@clohertysteinberg.com

*Attorney for Third-Party Defendant Inmar Rx Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty