**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WALGREEN CO.,<br><br>Plaintiff,<br><br>v.<br><br>COLLEGIUM PHARMACEUTICAL, INC.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>INMAR RX SOLUTIONS, INC.,<br><br>Third-Party Defendant. | Civil Action No. 1:26-cv-11242-BEM |

# NOTICE OF APPEARANCE

Please enter my appearance as counsel for Third-Party Defendant Inmar Rx Solutions, Inc. in the above-captioned case.

Respectfully submitted,

*/s/ Alexandra Arnold*

Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: October 22, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, this document was filed through the ECF system. It will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

*/s/ Alexandra Arnold*
Alexandra Arnold