**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WALGREEN CO.

Plaintiff,

v.

COLLEGIUM PHARMACEUTICAL, INC.

Defendant.

Civil Action No.: 1:26-cv-11242-BEM

**ORDER GRANTING MOTION OF WALGREEN CO. AND COLLEGIUM PHARMACEUTICAL, INC., TO AMEND THE SCHEDULING ORDER**

Upon review of the Moving Parties' Motion in the above-captioned matter, it is hereby ORDERED that the Moving Parties' Motion is GRANTED and the operative Scheduling Order (ECF No. 32) is amended as follows:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Serve new written discovery | Nov. 2, 2026 | Feb. 1, 2026 |
| Serve requests for admission | Dec. 16, 2026 | Mar. 16, 2026 |
| Depositions | Jan. 20, 2027 | Apr. 20, 2027 |
| Fact Discovery Deadline | Jan. 20, 2027 | Apr. 20, 2027 |
| Parties File Joint Status Report | Jan. 26, 2027 | Apr. 26, 2027 |
| Status Conference | Feb. 1, 2027 | May 3, 2027 |
| Affirmative Expert Reports | Feb. 26, 2027 | May 28, 2027 |
| Responsive Expert Reports | Mar. 26, 2027 | June 28, 2027 |
| Expert Depositions | Apr. 23, 2027 | July 26, 2027 |
| Summary Judgment Motions | May 21, 2027 | Aug. 24, 2027 |
| Oppositions to Summary Judgment | 3 weeks after motion served | 3 weeks after motion served |

Dated: November 4, 2026

/s/ Brian E. Murphy

Hon. Brian E. Murphy
U.S. District Court Judge