**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| WALGREEN CO., Plaintiff, v. COLLEGIUM PHARMACEUTICAL, INC., Defendant/Third-Party Plaintiff, v. INMAR RX SOLUTIONS, INC., Third-Party Defendant. | ) | Civil Action No. 1:26-cv-11242-BEM |

**THIRD-PARTY DEFENDANT INMAR RX SOLUTIONS, INC.'S ASSENTED-TO MOTION TO FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Pursuant to the Protective Order entered in this case, Third-Party Defendant Inmar RX Solutions, Inc. ("Inmar Rx"), through undersigned counsel, hereby moves this Court for leave to file under seal Exhibit 1 to the Parham Declaration, which is an exhibit to Inmar Rx's forthcoming Memorandum in Support of Inmar Rx's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim.

Exhibit 1 to the Parham Declaration consists of relevant excerpts from the Services Agreement between Walgreen National Corporation ("Walgreen") and Inmar Rx, dated July 17, 2020 (the "Services Agreement"). The Services Agreement has been designated "Walgreen Confidential Information" by Walgreen. Pursuant to such designation, and under the procedures set forth in Paragraph 9 of the Protective Order entered in this matter, *see* ECF No. 36-1, counsel for Inmar Rx conferred with counsel for Walgreen as to whether filing Exhibit 1 under seal

would be necessary. Walgreen's counsel has requested that Exhibit 1 be filed under seal on the grounds that it contains or comprises confidential, commercially sensitive, and/or proprietary business information that should be protected from disclosure.

WHEREFORE, Inmar Rx respectfully requests that this Court issue an Order authorizing it to file Exhibit 1 to the Parham Declaration under seal.

Respectfully submitted,

By: *<u>/s/ Daniel J. Cloherty</u>*

Daniel J. Cloherty (BBO# 565772)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, Massachusetts 02111
Tel: (617) 481-0160
dcloherty@clohertysteinberg.com

Jason M. Wenker (*pro hac vice forthcoming*)
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 607-7300
Fax: (336) 734-2652
jwenker@ktslaw.com

*Counsel for Inmar Rx Solutions, Inc.*

Dated this 11th day of November, 2026.

**<u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>**

I hereby certify that counsel for Inmar Rx conferred with counsel for Collegium and counsel for Walgreen regarding this Motion. Both counsel for Walgreen and counsel for Collegium consent to the relief sought in this Motion.

*<u>/s/ Daniel J. Cloherty</u>*
Daniel J. Cloherty

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty
*Counsel for Inmar Rx. Solutions, Inc.*