**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| WALGREEN CO.,<br><br>Plaintiff,<br><br>v.<br><br>COLLEGIUM PHARMACEUTICAL, INC.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>INMAR RX SOLUTIONS, INC.,<br><br>Third-Party Defendant. | ) | Civil Action No. 1:26-cv-11242-BEM |

**<u>THIRD-PARTY DEFENDANT INMAR RX SOLUTIONS, INC.'S ASSENTED-TO MOTION TO STAY PARTY DISCOVERY AS TO INMAR RX</u>**

Third-Party Defendant Inmar RX Solutions, Inc. ("Inmar Rx"), through undersigned counsel, respectfully moves the Court for an order staying party discovery as to Inmar Rx until the Court issues a final ruling on Inmar Rx's pending motion to dismiss. In support of this Motion, Inmar Rx files contemporaneously herewith an accompanying memorandum of law.

Dated this 12th day of November, 2026.

By: */s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, Massachusetts 02111
Tel: (617) 481-0160
aarnold@clohertysteinberg.com

Jason M. Wenker (*pro hac vice forthcoming*)
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Tel: (336) 607-7300
Fax: (336) 734-2652
jwenker@ktslaw.com

*Counsel for Inmar Rx Solutions, Inc.*

**LOCAL RULE 7.1(A(2) CERTIFICATION**

I hereby certify that counsel for Inmar Rx conferred with counsel for Collegium and counsel for Walgreens regarding this Motion. Counsel for Walgreens does not oppose the relief sought in this Motion. Counsel for Collegium does not oppose the relief sought in this Motion.

*/s/ Alexandra Arnold*
Alexandra Arnold

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Alexandra Arnold*
Alexandra Arnold

*Counsel for Inmar Rx. Solutions, Inc.*