**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WALGREEN CO.<br><br>Plaintiff,<br><br>v.<br><br>COLLEGIUM PHARMACEUTICAL, INC.<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>INMAR RX SOLUTIONS, INC.<br><br>Third-Party Defendant. | Civil Action No.: 1:26-cv-11242-BEM |

**JOINT MOTION FOR A BRIEFING SCHEDULE TO GOVERN**
**THIRD-PARTY DEFENDANT'S MOTION TO DISMISS**

Defendant and Third-Party Plaintiff Collegium Pharmaceutical, Inc.'s ("Collegium") and Third-Party Defendant Inmar RX Solutions, Inc. ("Inmar") (collectively, the "Parties"), hereby move for extensions of time for the briefing deadlines in connection with Inmar's motion to dismiss (ECF Nos. 55-56) to streamline the dispositive motion briefing process for the Parties and the Court. As grounds for this motion, the Parties state:

1. On September 16, 2026, Collegium filed a Third-Party Complaint against Inmar. (ECF No. 38).

2. On October 9, 2026, Inmar filed an Unopposed Motion to Extend Time to respond to the Third-Party Complaint (ECF No. 46), which was granted by the Court on October 13, 2026 (ECF No. 48).

3. On November 12, 2026, Inmar filed a Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (ECF No. 55).

4. On November 13, 2026, the undersigned counsel for Collegium completed a jury trial which began on October 27, 2026.

WHEREAS, the Parties jointly seek to set a briefing schedule that is mutually feasible for the Parties in recognition of the upcoming holiday season and competing professional schedules. For these reasons, the Parties request that the Court enter the following schedule:

1. Collegium will have up to and including December 14, 2026, to file its Opposition to Inmar's Motion to Dismiss;

2. Although Inmar has not yet seen the Opposition, given the nature of its motion, Inmar anticipates seeking leave to file a Reply brief. Should Inmar elect to seek leave to file a Reply brief after receiving the Opposition, it will file a Motion for Leave to File a Reply Brief; and

3. For the avoidance of doubt, Collegium does not yet know whether it would oppose the Motion for Leave to File a Reply Brief. However, Collegium does not oppose the January 8, 2027, deadline for filing the Reply Brief that Inmar anticipates requesting in any such Motion for Leave.

For the reasons stated above, the Parties respectfully request an order adopting the above schedule.

**IT IS SO ORDERED:**

Dated: ______________________

______________________________
Hon. Brian E. Murphy
United States District Judge

Dated: November 18, 2026

Respectfully submitted,

*//s// Maria A. Lombardi*
Maria A. Lombardi (BBO#: 713352)
**TROUTMAN PEPPER LOCKE, LLP**
111 Huntington Avenue, 9th Floor
Boston, MA 02199
Telephone (617) 204-5186
maria.lombardi@troutman.com

*//s// Alexandra Arnold*
Daniel J. Cloherty (BBO#: 565772)
Alexandra Arnold (BBO#: 706208)
**CLOHERTY & STEINBERG LLP**
One Financial Center, Suite 1120
Boston, MA 02111
Telephone (617) 481-0160
dcloherty@clohertysteinberg.com
aarnold@clohertysteingberg.com

Robin P. Sumner (*pro hac vice*)
Linnea Kelly (*pro hac vice*)
**TROUTMAN PEPPER LOCKE, LLP**
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Tel. (215) 981-4652
robin.sumner@troutman.com
linnea.kelly@troutman.com

Kyle A. Dolinsky (*pro hac vice*)
**TROUTMAN PEPPER LOCKE, LLP**
11682 El Camino Real, Suite 400
San Diego, CA 92130
Tel. (215) 981-4907
kyle.dolinsky@troutman.com

*Attorneys for Collegium Pharmaceutical, Inc.*

Jason M. Wenker (*pro hac vice* forthcoming)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
jwenker@ktslaw.com

*Attorneys for Inmar Rx Solutions, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for Collegium has conferred with counsel for Inmar regarding the relief requested in this motion, and Inmar assents to this motion.

*//s// Maria A. Lombardi*
Maria A. Lombardi

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*//s// Maria A. Lombardi*
Maria A. Lombardi